952 A.2d 1165

**Andre YOUNGER, Petitioner**

v.

**Leon A. KING, Lynne Abraham, First Judicial District of Pennsylvania, Respondents.**

Supreme Court of Pennsylvania.

June 23, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 23rd day of June, 2008, the Application for Leave to File Original Process is **GRANTED;** the Petition for Writ of Habeas Corpus is **DENIED.**